1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   TINA L. NAICKER, CSBN 252766
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone: (415) 268-5611
6  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov
7
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11                    FRESNO DIVISION
12

13 DEBORAH ANN BISHOP            ) Case No.: 1:16-CV-00741-EPG
                                 )
14           Plaintiff,          ) **JOINT STIPULATION AND ORDER FOR
                                 ) EXTENSION OF TIME FOR
15     vs.                       ) DEFENDANT TO RESPOND TO
                                 ) PLAINTIFF'S OPENING BRIEF**
16 CAROLYN W. COLVIN,            )
   Acting Commissioner of Social Security, )
17                               )
                                 )
18           Defendant.          )
                                 )

19

20     IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record,

21 that the time for responding to Plaintiff's Opening Brief be extended for approximately forty-five

22 (45) days from February 16, 2017, to **April 3, 2017** due to current workload demands.  This is

23 Defendant's first request for extension.  Good cause exists as counsel for Defendant has

24 numerous pending responses due at or around the same time and a Ninth Circuit responsive brief

25 due.  Additional time is also required because counsel for Defendant will not be able to complete

26 the review process for new attorneys due to scheduling conflicts and upcoming scheduled leave

27 of reviewing counsel for Defendant from March 10, 2017 to March 21, 2017.  As such,

28 Defendant respectfully requests additional time to respond to Plaintiff's Opening Brief in order

1  to adequately research and analyze the issues presented by Plaintiff.  Defendant makes this
2  request in good faith with no intention to unduly delay the proceedings.
3        The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

Respectfully submitted,

Dated: February 10, 2017        /s/ *Young Cho
      (*as authorized by email on February 9, 2017)
      YOUNG CHO
      Attorney for Plaintiff

Dated:  February 10, 2017        PHILLIP A. TALBERT
      United States Attorney
      DEBORAH LEE STACHEL
      Regional Chief Counsel, Region IX
      Social Security Administration

By        /s/  Tina Naicker
      Tina Naicker
      Special Assistant U.S. Attorney

      Attorneys for Defendant

## ORDER

For the reasons provided in the parties' stipulation, good cause appears for an extension of time from February 16, 2017, to April 3, 2017 for Defendant to respond to Plaintiff's Opening Brief. The Court's Scheduling Order is modified accordingly.

IT IS SO ORDERED.

Dated:  **February 14, 2017**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE