Young Cho
Attorney at Law: 189870
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
RANDALL WAYNE BISHOP,
as the heir and representative of the estate of
DEBORAH ANN BISHOP

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DEBORAH ANN BISHOP ) | Case No.: 1:16-cv-00741-EPG |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S |
| v. ) | MOTION TO SUBSTITUTE PARTY |
| ) | |
| NANCY A. BERRYHILL, Acting ) | (ECF No. 21) |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon consideration of plaintiff's Motion to Substitute Party Upon Death of Plaintiff, IT IS ORDERED that plaintiff's Motion is hereby GRANTED. The clerk of the court shall amend the caption to reflect that Randall Bishop, as the heir and representative of the estate of Deborah Ann Bishop, is now the substituted party for plaintiff.

IT IS SO ORDERED.

Dated: **July 27, 2017**        /s/ Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE